NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**DOMICIANO REDONDO**,
*Plaintiff-Appellant,*

**v.**

**UNITED STATES**,
*Defendant-Appellee.*

_____

2013-5058

_____

Appeal from the United States Court of Federal Claims in No. 12-CV-0489, Senior Judge Robert J. Yock.

_____

**ON MOTION**

_____

**O R D E R**

The court treats Domiciano Redondo's June 26, 2013 correspondence as a motion for leave to file a supplemental brief.

2                                          DOMICIANO REDONDO v. US

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) A copy of this order shall be transmitted to the merits panel assigned to hear this case, to inform the panel that Mr. Redondo's motion for mediation is a supplemental brief.

FOR THE COURT


/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk

s25